United States District Court
District Of New Hampshire

**Sharel L. Giroux, Plaintiff**

Civil Action No. 11-294          v.

**Federal National Mortgage Association**     NOTICE OF DISMISSAL
And   **BAC Home Loans Servicing LP**          DISMISSAL


 Plaintiff  **Sharel L. Giroux**, by her undersigned attorney hereby notifies this Court she Voluntarily Withdraws and Dismisses this Case *Without Prejudice*, noting  the following (1) that defendants have not be served in this action, and (2) since filing of this action she has filed a Chapter 13 Bankruptcy action which she then converted to a Chapter 7 action that is still ongoing.

Date: August 30, 2011

/s/ Michael J. DiCola_____
Michael J. Di Cola, NH Bar #638
Attorney For **Sharel L. Giroux**
Mail: PO Box 95, Hudson NH  03051-0095
Office: 3 Winn Avenue, Hudson NH
Phone: **930-2196**  Fax: 1-866-364-1469